AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Gila River Indian Community

V.

Dirk Kempthorne
Secretary of the Interior, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:06CV02249

JUDGE: Richard J. Leon

DECK TYPE: General Civil

DATE STAMP: 12/29/2006

TO: (Name and address of Defendant)

U.S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nicole H. Sprinzen, Esq.
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave N.W.,
Washington, DC 20036
DC Bar No. 468568

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

DEC 29 2006
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 2/5/07 (As per Return Receipt) |
| NAME OF SERVER (PRINT) Colleen M. Coyle | TITLE Attorney, Akin Gump Strauss Hauer & Feld LLP |

*Check one box below to indicate appropriate method of service*

- ☐ Served personally upon the defendant. Place where served: _____

- ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

- ☐ Returned unexecuted: _____

- ☒ Other (specify): Service by Certified Mail, Return Receipt Requested

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES $5.84 | TOTAL $5.84 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/8/07
                Date

Signature of Server

Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave., NW
Washington, DC 20036

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.