IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GILA RIVER INDIAN COMMUNITY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, )<br>Secretary of the Interior, <u>et</u> <u>al.</u>, )<br>)<br>Defendants. )<br>_____) | Case No. 1:06cv02249-JR |

**PARTIES' JOINT MOTION FOR
TEMPORARY STAY OF LITIGATION,
AND [PROPOSED] ORDER**

Pursuant to the Federal Rules of Civil Procedure (Fed. R. Civ. P.) and the local civil court rules, the parties respectfully make this joint motion for temporary stay of litigation, to and including August 13, 2007. This motion is the parties' first such motion. The grounds for the motion are as follows:

1. Plaintiff filed this case on December 29, 2006. <u>See</u> Complaint, Doc. 1. Plaintiff's allegations in the case relate to the trust accounting and trust management duties and responsibilities allegedly owed by Defendants to Plaintiff. <u>Id.</u>

2. Based on the date of service of the Complaint and Summons under Fed. R. Civ. P. 4, Defendants have calculated that they are obligated to file their Answer or otherwise respond to the Complaint by April 16, 2007.

3. Since the filing of this case, Plaintiff's counsel, Donald R. Pongrace, and Defendants' counsel, Anthony P. Hoang, have discussed and agreed that they would explore the possibility of resolving Plaintiff's issues and claims in the case through settlement discussions and that they would seek temporary stays of litigation, thus deferring Defendants' obligation to file their Answer or

otherwise respond to the Complaint, among other things, so as to enable or facilitate the parties' settlement discussions.

4. Counsel for the parties herein have agreed that it serves the best interests of the parties to stay the litigation of this case and, if possible, formulate and execute an appropriate, amicable, and mutually satisfactory resolution of Plaintiff's issues and claims in the case, without the need for further litigation. To that end, counsel for the parties have discussed setting up a settlement discussion process between Plaintiff, its counsel, and its officials; and Defendants, their counsel, and the appropriate officials and/or staffers from the United States Department of the Interior and the United States Department of the Treasury (i.e., the principally affected federal agencies in this case). Counsel for the parties believe that they will require time to complete their discussions; determine a process for identifying and obtaining relevant or potentially relevant documents and analyses so as to advance the case and for settling some or all of Plaintiff's issues and claims; and implement that process. To advance their discussions, counsel for the parties have scheduled a meeting between themselves; Plaintiff's officials; representatives of the Solicitor's Office and the Office of Historical Trust Accounting (OHTA) of the Interior Department; and representatives of the Chief Counsel's Office for the Financial Management Service of the Treasury Department, in Washington, D.C., on April 25, 2007.

5. Based on the foregoing, the parties hereby respectfully request that the Court grant the following relief:

    a. Temporarily stay the litigation of this case, to and including August 13, 2007;

    b. Make the temporary stay effective immediately, thus deferring, among other things, the obligation for Defendants to file their Answer or otherwise respond to the Complaint until

after the termination of the temporary stay;

      c.     Order that the parties file a joint status report on or before August 13, 2007, informing the Court of the status of their efforts to resolve the issues and claims of this case, and making a proposal—by motion, if appropriate—to the Court about whether and how to proceed with this case.

      6.     On the one hand, the granting of this joint motion would serve the public interest by promoting judicial economy and conserving the parties' limited resources.  Further, it would not cause any undue prejudice or harm to the rights and interests of the parties herein.  On the other hand, the denial of the joint motion would unduly interfere with the parties' ability to confer among themselves and possibly devise an efficient, cost-effective, and resource-conserving way for addressing and disposing of the issues and claims in this case, without the need for protracted litigation.  Additionally, it would unduly hamper Defendants' ability to address and possibly handle the other Tribal trust case accounting and trust mismanagement cases filed in this and other United States District Courts and in the Court of Federal Claims, in a similar fashion.

WHEREFORE, the parties respectfully request that their joint motion be GRANTED.

Respectfully submitted this 16th day of April, 2007,

                MATTHEW McKEOWN
                Acting Assistant Attorney General

*/s/ Nicole H. Sprinzen*
*by /s/ Anthony P. Hoang, pursuant to*
*written authorization on April 16, 2007*      */s/ Anthony P. Hoang*
NICOLE H. SPRINZEN, D.C. Bar #468568   ANTHONY P. HOANG, FL Bar #798193
DONALD R. PONGRACE, D.C. Bar #445944  MARTIN J. LALONDE, IL Bar #6218249
Akin Gump Strauss Hauer & Feld LLP      United States Department of Justice
1333 New Hampshire Ave., N.W.           Environment and Natural Resources Division
Washington, D.C. 20036                  Natural Resources Section
Tel: (202) 887-4466                      P.O. Box 663
Tel: (202) 887-4301                      Washington, D.C. 20044-0663

Fax: (202) 887-4288

Attorneys for Plaintiff

Tel: (202) 305-0241
Tel: (202) 305-0247
Fax: (202) 353-2021

Attorneys for Defendant

OF COUNSEL:

KENNETH DALTON
United States Department of the Interior
Office of the Solicitor
Washington, D.C.  20240

RACHEL HOWARD
United States Department of the Treasury
Financial Management Service
Office of the Chief Counsel
Washington, D.C.  20227

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing PARTIES' JOINT MOTION FOR TEMPORARY STAY OF LITIGATION and [PROPOSED] ORDER was served on April 16, 2007, by Electronic Case Filing or by regular, first-class United States mail, postage pre-paid, and telefax or electronic mail, unless otherwise noted below, on the following counsel:

Nicole H. Sprinzen
Donald R. Pongrace
AKIN GUMP STRAUSS HAUER & FELD, LLP
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036
Fax: (202) 887-4288

>    */s/ Anthony P. Hoang*
>    ANTHONY P. HOANG

IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GILA RIVER INDIAN COMMUNITY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, )<br>Secretary of the Interior, <u>et</u> <u>al.</u>, )<br>)<br>Defendants. )<br>_____) | Case No. 1:06cv02249-JR |

### **[PROPOSED] ORDER**

This matter is before the Court on the parties' joint motion for temporary stay of litigation. Upon consideration of the joint motion and for good cause shown, it is hereby ORDERED that

1. The parties' joint motion should be and hereby is GRANTED;

2. Effective immediately, the litigation of this case, including the obligation for Defendants to file their Answer or otherwise respond to the Complaint, is temporarily stayed until after August 13, 2007;

3. The parties shall file a joint status report on or before August 13, 2007, informing the Court of the status of their efforts to resolve the issues and claims of this case and making a proposal to the Court—by motion, if appropriate—about whether and how to proceed with this case.

SO ORDERED.

_____      _____
DATE                                                           HON. JAMES ROBERTSON
                                                                      United States District Court