IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GILA RIVER INDIAN COMMUNITY ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DIRK KEMPTHORNE, ) <br> Secretary of the Interior, et al., ) <br> ) <br> Defendants. ) <br> _____) | No. 1:06-cv-02249-JR |

**FEDERAL DEFENDANTS' NOTICE OF APPEARANCE OF COUNSEL**

To the Clerk of this Court and all parties of record:

Federal Defendants hereby give notice of the appearance of Maureen E. Rudolph as counsel for the Federal Defendants. Service of all further pleadings, documents or other papers herein, exclusive of original process, should be made upon the Federal Defendants by service upon Ms. Rudolph at the address indicated below:

Regular Delivery:

> Maureen E Rudolph
> U.S. Department of Justice
> Environment and Natural Resources Division
> Natural Resources Section
> P.O. Box 663
> Washington, D.C. 20044-0663
> Telephone: (202) 305-0479
> Facsimile: (202) 353-2021
> E-mail: maureen.rudolph@usdoj.gov

Express Delivery:

> 601 D. Street, N.W.
> Room 3205
> Washington, D.C. 20004

Service of all further pleadings, documents or other papers herein, exclusive of original process, should continue to be made upon Anthony P. Hoang and Martin J. Lalonde, counsel for the Federal Defendants.

Respectfully submitted this 30th day of July 2007.

>RONALD J. TENPAS
>Acting Assistant Attorney General
>
>/s/ Maureen E. Rudolph
>MAUREEN E. RUDOLPH, SD Bar # 3176
>ANTHONY P. HOANG, FL Bar # 798193
>MARTIN J. LALONDE, IL Bar # 6218249
>U.S. Department of Justice
>Environment & Natural Resources Division
>Natural Resources Section
>P.O. Box 663
>Washington, D.C.  20044-0663
>Tel:   202-305-0479
>Tel:   202-305-0241
>Tel:   202-305-0247
>Fax:   202-353-2021
>
>maureen.rudolph@usdoj.gov
>anthony.hoang@usdoj.gov
>martin.lalonde@usdoj.gov
>
>Attorneys for Federal Defendants
>
>OF COUNSEL:
>
>KENNETH DALTON
>Office of the Solicitor
>United States Department of the Interior
>Washington, D.C.  20240
>
>RACHEL M. HOWARD
>Office of the Chief Counsel
>Financial Management Service
>United States Department of the Treasury
>Washington, D.C.  20227

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing **FEDERAL DEFENDANTS' NOTICE OF WITHDRAWAL AND SUBSTITUTION OF CO-COUNSEL** was served on June 26, 2007, by Electronic Case Filing or by regular, first-class United States mail, postage pre-paid, and by electronic mail or telefax, unless otherwise noted below, on the following counsel:

Nicole H. Sprinzen
Donald R. Pongrace
AKIN GUMP STRAUSS HAUER & FELD, LLP
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036
Fax: (202) 877-4288

*/s/ Maureen E. Rudolph*
MAUREEN E RUDOLPH