IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GILA RIVER INDIAN COMMUNITY**<br><br>Plaintiff,<br><br>v.<br><br>**DICK KEMPTHORNE**<br>**SECRETARY OF THE INTERIOR, et.al.**<br><br><br>Defendants. | Case No. 06-02249 (JR) |

NOTICE OF APPEARANCE OF JAMES T. MEGGESTO

To the Clerk of the Court and all parties of record:

Please enter the appearance of James T. Meggesto as counsel in this case for the Gila River Indian Community.

Dated: October 1, 2007

Respectfully submitted,

*/s/ James T. Meggesto*

James T. Meggesto (D.C. Bar No. 459900)
AKIN GUMP STRAUSS HAUER & FELD, LLP
1333 New Hampshire Ave., NW
Washington, DC 20036
Telephone: 202-887-4000
Facsimile: 202-887-4288

*Counsel for Plaintiff Gila River Indian Community*

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2007, I caused a copy of the foregoing Notice of Appearance to be filed electronically. I understand that, pursuant to Local Civil Rule 5.4(d), notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ James T. Meggesto*

James T. Meggesto