**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GILA RIVER INDIAN COMMUNITY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 06-cv-02249-JR |
| ) | |
| DIRK KEMPTHORNE, Secretary of ) | |
| the Interior, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**NOTICE OF APPEARANCE**

**PLEASE NOTE** that, pursuant to Local Civil Rule 83.6(a) of the Rules of the United States District Court for the District of Columbia, Mark S. Barron has entered an appearance as co-counsel for the Defendants in this matter. Service of all papers should be made to Mr. Barron at the following address:

U.S. Mail:

    Mark S. Barron
    United States Department of Justice
    Environment & Natural Resources Division
    Natural Resources Section
    Ben Franklin Station, P.O. Box 663
    Washington, D.C. 20044-0663

Street Address for FED-EX and Courier:

    Mark S. Barron
    United States Department of Justice
    Environment & Natural Resources Division
    Natural Resources Section
    601 D Street NW, Suite 3127
    Washington, D.C. 20004

<u>Telephone</u>:   (202) 305-0490
<u>Facsimile</u>:   (202) 305-0506
<u>Email</u>:        mark.barron@usdoj.gov

    Respectfully submitted this 5th day of December, 2007,

                              RONALD J. TENPAS
                              Acting Assistant Attorney General
                              United States Department of Justice
                              Environment & Natural Resources Division

By:   /s/ *Mark S. Barron*
      MARK S. BARRON, N.M. Bar # 24045
      United States Department of Justice
      Environment & Natural Resources Division
      Natural Resources Section
      Ben Franklin Station, P.O. Box 663
      Washington, D.C. 20044-0663
      Tel. (202) 305-0490 / Fax (202) 305-0506
      mark.barron@usdoj.gov

      ANTHONY P. HOANG
      United States Department of Justice
      Environment & Natural Resources Division
      Natural Resources Section
      Ben Franklin Station, P.O. Box 663
      Washington, D.C. 20044-0663
      Tel: (202) 305-0241 / Fax: (202) 353-2021
      anthony.hoang@usdoj.gov

      MAUREEN E. RUDOLPH
      United States Department of Justice
      Environment & Natural Resources Division
      Natural Resources Section
      Ben Franklin Station, P.O. Box 663
      Washington, D.C. 20044-0663
      Tel: (202) 305-0479 / Fax: (202) 353-2021
      maureen.rudolph@usdoj.gov

      *Attorneys for the United States*