IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GILA RIVER INDIAN COMMUNITY    )
                               )
                               )
      Plaintiff,               )
                               )
      v.                       )    No. 1:06-cv-02249-JR
                               )
DIRK KEMPTHORNE,               )
Secretary of the Interior, et al.,  )
                               )
      Defendants.              )
_____)

**PLAINTIFF'S STATUS REPORT**

Plaintiff Gila River Indian Community ("Plaintiff") respectfully submits the following

status report in response to the Court's Order of December 19, 2007, in which the Court directed

each tribal plaintiff to file a status report setting forth proposals for further proceedings and a

proposed schedule.  The Plaintiff reports as follows:

1.      On April 16, 2007, the Plaintiff and Defendants (hereinafter "the parties") filed a

joint motion for a temporary stay of litigation in order to facilitate settlement discussions that

may result in a settlement of Plaintiff's claims at issue in this case without the need for

protracted litigation.  Dkt. #10.

2.      The Court granted the motion on April 18, 2007 and stayed the case until August

13, 2007.  Minute Order April 18, 2007.

3.      In the interim, pursuant to this Court's directive, the Defendants moved to remand

this and each similar tribal trust accounting and trust management case.  This had the effect of

further staying this litigation during the pendency of the motion.

4.    On December 19, 2007, the Court denied the motion to remand and ordered the Plaintiffs in each respective case to file a status report "setting forth proposals for further proceedings and a proposed schedule."  Memorandum Order at 12.

5.    During the pendency of the government's remand motion, the parties continued their settlement discussions and, specifically, have explored ways to conduct such negotiations with a clear, explicit, and mutual understanding that all settlement communications, whether written or oral, will be kept confidential and not be released to any other person or entity.

6.    Accordingly, the parties expect to file with this Court a joint stipulation regarding the confidentiality of settlement discussions and a joint stipulation regarding the confidentiality of certain documents, data and other materials to be provided by the Defendants to the Plaintiff. The parties are finalizing the language of the joint stipulations and proposed orders and will file them with the Court within the next thirty (30) days.

7.    Moreover, when the parties file their joint stipulation, it is expected that the parties will request an additional eight (8) months to implement the terms of the stipulation and conduct meaningful settlement negotiations.

Dated:  January 18, 2008                Respectfully submitted,

                                        */s/ James T. Meggesto*

                                        James T. Meggesto (D.C. Bar No. 459900)
                                        AKIN GUMP STRAUSS HAUER & FELD, LLP
                                        1333 New Hampshire Ave., NW
                                        Washington, DC 20036
                                        Telephone:  202-887-4000
                                        Facsimile:  202-887-4288
                                        *Counsel for Plaintiff Gila River Indian Community*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2008, I caused a copy of the foregoing Notice of Appearance to be filed electronically. I understand that, pursuant to Local Civil Rule 5.4(d), notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ James T. Meggesto*

James T. Meggesto