IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GILA RIVER INDIAN COMMUNITY, ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:06-cv-02249-JR |
| ) | |
| DIRK KEMPTHORNE, ) | |
| Secretary of the Interior, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**PARTIES' JOINT STIPULATION REGARDING CONFIDENTIALITY OF
SETTLEMENT DISCUSSIONS, AND [PROPOSED] ORDER**

WHEREAS Plaintiff Gila River Indian Community ("Plaintiff") has filed this case seeking declaratory and injunctive relief against Defendants related to the trust accounting and trust management responsibilities allegedly owed by Defendants to Plaintiff;

WHEREAS Plaintiff and Defendants (hereinafter "the parties") desire to enter into discussions that may result in a settlement of Plaintiff's claims at issue in this case, without the need for protracted litigation;

WHEREAS the parties agree that they will conduct settlement discussions with the clear, explicit, and mutual understanding that all of their settlement communications, whether written or oral, will be kept confidential and not be released to any other person or entity;

WHEREAS the parties agree that they will mark clearly the written communications relating to their settlement discussions with the label or endorsement "Confidential Settlement Discussions—Do Not Disclose"; and

WHEREAS the parties agree that their ability to resolve or advance the resolution of

Plaintiff's claims at issue in this case, in an efficient and resource-conserving manner and without the need for protracted litigation, will be significantly diminished if the parties cannot rely on the expectation that the settlement discussions will be kept confidential,

        THE PARTIES HEREBY STIPULATE AND AGREE TO THE FOLLOWING:

        1.     For the purposes of this Joint Stipulation and Order, the term "settlement communications" means any communications made, exchanged, or provided by Plaintiff; Plaintiff's attorneys, representatives, employees, agents, or consultants; Defendants; or Defendants' attorneys, representatives, employees, agents, or consultants, in, or for purposes of, settling this case, regardless whether the communications are oral, written, electronic, telephonic, or otherwise. "Settlement communications" include but are not limited to those provided in or through meetings, telephone calls, correspondence, briefs, or memoranda not filed with the Court, reports, appraisals, or any other documents, and any part thereof.

        2.     All settlement communications in this case, whether written or oral, shall be kept confidential, and they shall not be disclosed to any person or entity seeking their disclosure by any means, including but not limited to requests submitted to the United States Department of the Interior, the United States Department of the Treasury, and the United States Department of Justice, under the Freedom of Information Act, 5 U.S.C. § 552.

        3.     Until further order of this Court, this Joint Stipulation and Order shall remain in full force and effect after the dismissal of the case and regardless of whether the parties reach settlement.

Respectfully submitted on this 19th day of February, 2008,

    RONALD J. TENPAS
    Assistant Attorney General

*/s/ James T. Meggesto*
*by Mark S. Barron, pursuant to*
*written authorization on February 13, 2008*    */s/ Mark S. Barron*
DONALD R. PONGRACE, DC Bar #445944    ANTHONY P. HOANG, FL Bar #798193
JAMES T. MEGGESTO, DC Bar #459900    MAUREEN E. RUDOLPH, SD Bar #3176
1333 New Hampshire Ave. NW    MARK S. BARRON, NM Bar #24045
Washington, D.C. 20036    United States Department of Justice
Tel: (202) 887-4466    Environment & Natural Resources Division
Fax: (202)-955-7666    Natural Resources Section
    P.O. Box 663
*Attorneys for Plaintiff*    Washington, D.C. 20044-0663
    Tel: (202) 305-0241
    Tel: (202) 305-0479
    Tel: (202) 305-0490
    Fax: (202) 353-2021

    *Attorneys for Defendants*

    OF COUNSEL:
    KEN DALTON
    Office of the Solicitor
    United States Department of the Interior
    Washington, D.C. 20240

    TERESA E. DAWSON
    Office of the Chief Counsel
    Financial Management Service
    United States Department of the Treasury
    Washington, D.C. 20227

**[PROPOSED] ORDER**

SO ORDERED.

Date: _____            _____
                              HON. JAMES ROBERTSON
                              United States District Judge